JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES EVANS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NEWPORT BEACH; DOE OFFICER; AND DOES 1 THROUGH 100, INCLUSIVE.,<br><br>    Defendant(s) | Case No.: 8:21-cv-00072-JVS-KESx<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED:**

Based on the Stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action is dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear their own costs and fees.

Dated: June 11, 2021

_____
United States District Court Judge
James V Selna